# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Philip Small,

        Plaintiff(s),

vs.

Streater,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:04-cv-193-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 24, 2004 and September 29, 2005 Order.

**Signed: September 29, 2005**

Frank G. Johns, Clerk
United States District Court